IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY D. PROFFITT,

    Plaintiff,                        No. CIV S-07-0269 DFL KJM P

    vs.

REDDING POLICE DEPARTMENT, et al.,

    Defendant.                     <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. The court has reviewed the complaint filed in this action on February 9, 2007 and the complaint which was dismissed with leave to amend in CIV-S-06-2144 FCD KJM P on January 31, 2007. After said review, and considering the fact that plaintiff has not filed an amended complaint in CIV-S-06-2144 FCD KJM P, it appears plaintiff intended that the complaint filed in this action be the amended complaint in CIV-S-06-2144 FCD KJM P.

/////

/////

/////

/////

/////

1  Therefore, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court remove the complaint filed in this case on February 9,
3  2007 and file it in CIV-S-06-2144 FCD KJM P, making an adjustment in the assignment of cases
4  to reflect this action.  The complaint should be identified in CIV-S-06-2144 FCD KJM P as
5  "Amended Complaint."
6  2. This case be closed.
7  DATED: April 16, 2007.

_____
U.S. MAGISTRATE JUDGE

10  1
prof0269.clo